445 A.2d 214

Commonwealth v. Palinkas, Appellant.

Argued February 18, 1981. Roseann B. Joseph, for appellant; Anthony S. Blasco, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

Order affirmed.